# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## WRIT OF HABEAS CORPUS

**TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS, OR ANY OF HIS DEPUTIES, AND TO:**

**Director, MCI-Cedar Junction, Walpole, MA**

YOU ARE COMMANDED to have the body of **Shaun Harrison**, now in your custody, before the United States District Court for the District of Massachusetts, United States Courthouse, 1 Courthouse Way, **Courtroom No. 25** on the **7th** floor, Boston, Massachusetts, on **Monday, February 10, 2020,** at **2:45 P.M.** for the purpose of an arraignment and initial appearance in the case of **United States of America v. Shaun Harrison, Case No. 1-19-cr-10459-RWZ-12.**

And you are to retain the body of said **Shaun Harrison** while before said Court upon said day and upon such other days thereafter as defendant's attendance before said Court shall be necessary, and as soon as may be thereafter to return said **Shaun Harrison** to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid.  And have you then and there this Writ with your doings herein.

Dated this 7th day of February, 2020.


\_\_/s/ Marianne B. Bowler_____
UNITED STATES MAGISTRATE JUDGE

                                                      ROBERT M. FARRELL
                                                     CLERK OF COURT


                                         By:     /s/ Harold Putnam, Esq.
                                                     Deputy Clerk