UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>      Plaintiff, )<br>                             )<br>      v. )<br>                             )<br>1. MICHAEL CECCHETELLI, )<br>      A/K/A "KING MERLIN," et al., )<br>      Defendants. ) | Criminal No. 19-10459-RWZ |

## **NOTICE TO THE COURT REGARDING FORFEITURE**

The United States of America, by its attorney, Andrew E. Lelling, United States Attorney for the District of Massachusetts, hereby gives notice to the Court that it will not seek criminal forfeiture of the following asset identified as forfeitable in the instant criminal case:

a. one 2008 Kawasaki Jetski, bearing Vehicle Identification Number KAW33159C808.

Respectfully submitted,

ANDREW E. LELLING
United States Attorney

By: */s/ Rachel E. Goldstein*
GLENN A. MACKINLAY
MARK J. GRADY
PHILIP A. MALLARD
LAUREN A. GRABER
RACHEL E. GOLDSTEIN
Assistant United States Attorneys
United States Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3100
rachel.goldstein@usdoj.gov

Dated: November 2, 2020