UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>    Plaintiff, )<br>           )<br>  v. )<br>            )<br>Cecchetelli, et al. )<br>    Defendants. ) | Criminal No.: 19-10459-RWZ |

## WITHDRAWAL OF NOTICE OF APPEARANCE

Pursuant to L.R. 83.5.2, please note the withdrawal of appearance of Rachel Goldstein, Assistant United States Attorney, as counsel for the United States.

                Respectfully submitted,

                ANDREW E. LELLING,
                United States Attorney

      By: */s/ Rachel Goldstein*
         Rachel Goldstein
         Assistant United States Attorney
         U.S. Attorney's Office
         John J. Moakley U.S. Courthouse
         1 Courthouse Way, Suite 9200
         Boston, MA  02210
         (617) 748-3100
         Rachel.goldstein@usdoj.gov

Dated:  January 15, 2021

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                */s/ Rachel Goldstein*
                Rachel Goldstein
                Assistant U.S. Attorney

Date: January 15, 2021