UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**UNITED STATES OF AMERICA et al.,**

    **Plaintiffs,**

    v.                                                                                    19-cr-10459-RWZ

**SHAUN HARRISON, et al.**

    **Defendant.**

**SHAUN HARRISON'S *ASSENTED TO* MOTION TO CONTINUE
RULE 11 PLEA HEARING UNTIL MAY 2022**

Now comes defendant Shaun Harrison (Harrison) and, respectfully, moves this Honorable Court to continue his previously scheduled Fed. R. Crim. P. 11 change of plea hearing (2/09/22) to a date in May 2022.

In support of this motion, CJA counsel, Robert L. Peabody of Husch Blackwell LLP, One Beacon Street, Suite 1320, Boston, MA 02108, states that Harrison was previously convicted in Suffolk Superior Court for offenses that involve, essentially, the same offense conduct at issue in the pending proceedings before this Court.  On October 12. 2021, the Massachusetts Appeals Court upheld Harrison's conviction(s) however, it vacated Harrison's sentence imposed previously by the trial judge.  Harrison will be resentenced in his criminal case before the Suffolk Superior Court (Doolin, J.) on April 25, 2022, at 2:00 PM.

In light of the recent developments in Harrison's Superior Court case, specifically, that no state sentence has been imposed, counsel is unable to advise his client to plead to the instant charges at this time.  When the state sentence is imposed, counsel intends to meet with the government to see whether a suitable plea agreement can be reached. In other words, one that is appropriate, fair and acceptable to Harrison in light of his state court sentence.

Undersigned counsel has conferred with AUSA Phil Mallard and he has, graciously, assented to Harrison's motion.

Respectfully submitted,

**SHAUN HARISON**

By his attorneys,

/s/ *Robert L. Peabody*
Robert L. Peabody (BBO No. 551936)
HUSCH BLACKWELL, LLP
One Beacon Street, Ste. 1320
Boston, MA 02108
rpeabody@huschblackwell.com
(617) 598-6732

Dated: February 3, 2022

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served by ECF on all counsel of record by electronic mail on February 3, 2022.

/s/ *Robert L. Peabody*
Robert L. Peabody
(BBO No. 551936)